### Barbara Theresa ERVIN

v.

### Billy Maxwell ERVIN.

No. 81–346–M.P.

Supreme Court of Rhode Island.

July 16, 1981.

Betsy E. Grossman, Newport, for plaintiff-respondent.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Leroy Marcotte, Providence, for defendant-petitioner.

ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.